# Third District Court of Appeal

## State of Florida

Opinion filed July 10, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1138
Lower Tribunal No. 24-3037
_____

**Jose Yeyille,**
Petitioner,

vs.

**The Florida Bar, et al.,**
Respondents.

A Case of Original Jurisdiction – Prohibition.

Jose Yeyille, in proper person.

Pryor Cashman LLP, and Brendan S. Everman, for respondents  ALM Global, LLC and Michael Mora.

Before LOGUE, C.J., and FERNANDEZ and LOBREE, JJ.

PER CURIAM.

Denied. <u>See</u> <u>Shir L. Grp., P.A. v. Carnevale</u>, 314 So. 3d 523, 525 (Fla. 3d DCA 2020) ("On balance, a reasonably prudent person would understand

that the trial court's comments as no more than the sharing of the sort of interim mental impressions which are a natural part of the decision making process—and not as an indication that the trial judge had prejudged the case.").